Matter of Vogin (2024 NY Slip Op 01971)

Matter of Vogin

2024 NY Slip Op 01971

Decided on April 11, 2024

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:April 11, 2024

PM-62-24
[*1]In the Matter of Ellyn C. Vogin, an Attorney. (Attorney Registration No. 2449577.)

Calendar Date:April 1, 2024

Before:Garry, P.J., Egan Jr., Clark, Aarons and McShan, JJ.

Ellyn C. Vogin, Boca Raton, Florida, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Ellyn C. Vogin was admitted to practice by this Court in 1992 and lists an address in Boca Raton, Florida with the Office of Court Administration. Vogin now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Vogin's application.
Upon reading Vogin's affidavit sworn to February 12, 2024 and filed February 15, 2024, and upon reading the March 27, 2024 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Vogin is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Egan Jr., Clark, Aarons and McShan, JJ., concur.
ORDERED that Ellyn C. Vogin's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Ellyn C. Vogin's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Ellyn C. Vogin is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Vogin is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Ellyn C. Vogin shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.